*Arthur J. W. Hilly, Corporation Counsel* (*J. Joseph Lilly* and *Willard S. Allen* of counsel), for appellant.

*James J. McLoughlin, Peter P. Smith* and *John J. Kane* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.

In the Matter of the Application of MATTHEW PETERS, Appellant, for Admission to the Bar.

PATRICK C. DUGAN et al., Composing the Committee on Character and Fitness for the Third Judicial Department, Respondents.

(Argued September 29, 1931; decided October 13, 1931.)

*Matthew Peters,* appellant in person.

*Patrick C. Dugan* for respondents.

Appeal dismissed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.